# EXHIBIT 3

yavapai COLLEGE

March 28, 2022

Babst Calland
c/o Alexandra G. Farone, Esq.
Two Gateway Ctr., 6th FL
603 Stanwix St.
Pittsburgh, PA 15222

To Whom It May Concern:

Yavapai College is in receipt of a Request for Records based on a Supboena concerning Civil Action No. 2:21-cv-01766-GMN-NJK issued in the State of Nevada.

Please note that a lawfully-issued subpoena is required for release of student records. "In order for the subpoena to be binding upon the institution on which the subpoena is served, an officer of a court that has jurisdiction over the institution must have issued it." (*AACRAO 2012 FERPA Guide*, p. 49.)

Yavapai College will respond to a lawfully-issued subpoena that originates in the State of Arizona.

Sincerely,

*Sheila M. Jarrell*

Sheila M. Jarrell, M.Ed., Registrar
Yavapai College
1100 E. Sheldon St.
Prescott, AZ 86301



life explored

Office of the Registrar
1100 East Sheldon Street PMB 6006 • Prescott Arizona 86301-3297
928.776.2107 • yc.edu